FILED

AUG – 8 2024

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:24-cr-00401-MTS |
| RICHARD D. ZELLNER, | ) ) ) |
| Defendant. | ) ) ) |

## INFORMATION

The United States Attorney charges that:

## INTRODUCTION

At all times material to this Information, unless otherwise specified below:

1. Defendant RICHARD D. ZELLNER ("ZELLNER") was a resident of O'Fallon, Missouri, within the Eastern District of Missouri. ZELLNER was employed by J.B.R. as its Chief Financial Officer (CFO).

2. J.B.R. was a company located in St. Louis County, Missouri, within the Eastern District of Missouri. J.B.R. provided contracting and construction services to residential and commercial customers in and around St. Louis County.

3. J.B.R. maintained various bank accounts to conduct its business, including Commercial Bank account number xxx0159 in the name of J.B.R. (collectively, the "Company Bank Accounts"). As CFO, ZELLNER was a signatory on these accounts. J.B.R. also held various business credit cards to make purchases necessary to conduct its business (collectively, the "Company Credit Cards").

1

4.     J.B.R. used QuickBooks accounting software to manage and track its income and expenses. J.B.R. used QuickBooks to track debits from the Company Bank Accounts, as well as work orders and bills for which J.B.R. owed payment to its contractors and vendors in connection with construction jobs. In addition, J.B.R. used QuickBooks to track when work orders and bills were paid by assigning a debit in QuickBooks to a particular work order or bill.

5.     As CFO for J.B.R., ZELLNER's responsibilities included managing the company's finances and maintaining the company's books and records, including QuickBooks. In particular, ZELLNER had the authority to assign debits from Company Bank Accounts in QuickBooks to particular work orders or bills paid by J.B.R.

6.     As CFO for J.B.R., ZELLNER was also responsible for paying company expenses on behalf of J.B.R. ZELLNER had the authority to use the Company Bank Accounts and Company Credit Cards to pay for expenses incurred by the company, such as reimbursing contractors or paying vendors for materials. However, ZELLNER only had authorization to use the Company Bank Accounts and Company Credit Cards to pay for expenses necessary to provide construction services to its customers.

7.     ZELLNER maintained personal credit card accounts with Capital One, specifically credit card account numbers xxxxxxxxxxxx1547 and xxxxxxxxxxxx6072 (collectively, ZELLNER's "Personal Credit Cards"). ZELLNER used his Personal Credit Cards only for personal expenses and was not authorized to use the Company Bank Accounts to pay off balances accrued on his Personal Credit Cards.

8.     Capital One maintained online banking access for its customers that allowed customers to, among other things, initiate payments towards customer credit card balances. Capital One received and processed payments toward customer credit card balances on servers

located in the states of Virginia and Oregon.

## COUNT 1
## Wire Fraud (18 U.S.C. § 1343)

### The Scheme

9. The paragraphs above are realleged and incorporated by reference as if fully set forth herein.

10. Beginning no later than in or around January 2019, and continuing until through at least in or around January 2024, in the Eastern District of Missouri and elsewhere, the defendant,

**RICHARD D. ZELLNER,**

with intent to defraud, devised and intended to devise a scheme and artifice to defraud J.B.R., and to obtain money and property from J.B.R. by means of materially false and fraudulent pretenses, representations, and promises.

### Manner and Means

11. It was part of the scheme that ZELLNER used the Company Bank Accounts to pay the balance on his Personal Credit Cards, without the knowledge and authorization of J.B.R. ZELLNER used his Personal Credit Cards only for personal expenses unrelated to J.B.R., including payment for personal travel, personal bills, and purchases of gold and precious metals.

12. It was further part of the scheme that ZELLNER, in order to conceal the unauthorized payments from the Company Bank Accounts, created false and fraudulent entries in J.B.R.'s QuickBooks. ZELLNER created false duplicates of prior work orders and falsified other entries in QuickBooks to make it appear that J.B.R. owed money to a contractor or vendor, which ZELLNER knew to be false.

13. It was further part of the scheme that ZELLNER, in order to conceal the unauthorized payments from the Company Bank Accounts, assigned the unauthorized debits from

the Company Bank Accounts in QuickBooks to the false and fraudulent entries he had created. In doing so, ZELLNER made it appear that the debits from the Company Bank Accounts were for company expenses, when, in truth and fact, they were unauthorized payments to his Personal Credit Cards.

14. It was further part of the scheme that ZELLNER made charges to the Company Credit Cards that were for personal expenses unrelated to J.B.R., without the knowledge and authorization of J.B.R.

15. It was further part of the scheme that, over the course of the scheme, ZELLNER used the Company Bank Accounts and Company Credit Cards to make over one thousand unauthorized transactions totaling at least approximately $2,056,538.98.

### Wiring in Furtherance of the Scheme

16. On or about December 7, 2023, in the Eastern District of Missouri, and elsewhere, the defendant,

**RICHARD D. ZELLNER,**

having devised and intended to devise a scheme to defraud and to obtain money by means of materially false and fraudulent pretenses, representations, and promises, for the purpose of executing the scheme described above, caused to be transmitted by means of wire communication in interstate commerce certain signals and sounds, namely, a wire communication from ZELLNER's residence in O'Fallon, Missouri, to Capital One servers located outside the state of Missouri, consisting of an unauthorized payment from J.B.R.'s Commercial Bank account number xxx0159 to pay off the balance of ZELLNER's Capital One credit card account number xxxxxxxxxxxx1547 in the approximate amount of $9,986.75.

In violation of Title 18, United States Code, Section 1343.

## FORFEITURE ALLEGATION

The United States further alleges that:

1. Pursuant to Title 18, United State Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, upon conviction of an offense in violation of Title 18, United States Code, Section 1343, as set forth in Count 1, the Defendant shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to such violation(s).

2. Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to such violation(s), which is at least $2,056,538.98.

3. Specific property subject to forfeiture includes, but is not limited to, the following:

   a. Approximately $28,210.12 seized from the OneGold account #312884 in the name of Richard Zellner;

   b. All funds and gold contained in the GlintPay account #XRJDJKNX in the name of Richard Zellner;

   c. Approximately 500 Austrian 2021 Vienna Philharmonic 1 oz silver coins, packaged in 25 sealed plastic rolls of 20 coins each;

   d. Approximately 500 Austrian 2022 Vienna Philharmonic 1 oz silver coins, packaged in 25 sealed plastic rolls of 20 coins each;

   e. 4 plastic rolls containing Canadian 2023 Maple Leaf 1 oz silver coins;

   f. Approximately 8 Austrian Vienna Philharmonic 1 oz silver coins;

   g. Approximately 10 1 oz gold/platinum coins;

   h. Approximately 6 MintID 5 troy oz silver bars;

  i.  Approximately 4 APMEX 5 troy oz silver bars;

  j.  Approximately 9 APMEX 10 troy oz silver bars;

  k.  Approximately 4 MintID 10 troy oz silver bars;

  l.  Approximately 6 British Gold Britannia 0.25 oz gold coins;

  m.  Approximately 3 PAMP Suisse 1 oz platinum bars;

  n.  Approximately 2 Valcambi Suisse 1 oz platinum bars;

  o.  Approximately 1 Argor Heraeus 1 oz platinum bar;

  p.  Approximately 9 Canadian Elizabeth II 1 oz silver coins;

  q.  Approximately 4 Buffalo 1 oz silver coins;

  r.  Approximately 3 U.S. Liberty 1 oz platinum coins;

  s.  Approximately 1 U.S. 1964 Kennedy Half-Dollar;

  t.  Approximately 1 Canadian 2023 Elizabeth II 1 oz platinum coin;

  u.  Approximately 1 Austrian 2023 Vienna Philharmonic 1 oz platinum coin;

  v.  Approximately 1 British Charles III 1 oz platinum coin;

  w.  Approximately 1 Australian Elizabeth II/Kangaroo 1 oz platinum coin;

  x.  4 plastic rolls containing approximately 60 SD Bullion silver coins and 20 U.S. Mint silver coins;

  y.  4 plastic rolls containing approximately 20 U.S. Liberty 1 oz silver coins, 40 Royal Australian Mint 2023 1 troy oz two-dollar coins, and 20 Buffalo 1 troy oz silver coins;

  z.  1 plastic roll containing approximately 20 British Silver Britannia Charles III 1 oz silver coins;

  aa.  3 plastic rolls containing approximately 60 U.S. Liberty/Eagle silver coins;

  bb.  1 plastic roll containing approximately 20 Buffalo silver coins;

    cc. 1 plastic roll containing approximately 20 APMEX 1 troy oz silver coins; and

    dd. 2 plastic rolls containing approximately 40 U.S. Liberty 1 oz silver coins.

  4. If any of the property described above, as a result of any act or omission of the Defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

SAYLER A. FLEMING
United States Attorney

/s/ Jonathan A. Clow
JONATHAN A. CLOW #68003MO
Assistant United States Attorney

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

I, Jonathan A. Clow, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

/s/ Jonathan A. Clow
JONATHAN A. CLOW #68003MO

Subscribed and sworn to before me this 26th day of July, 2024.

NATHAN M. GRAVES
CLERK, U.S. DISTRICT COURT

By: /s/ JKL
DEPUTY CLERK