UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Case No: 4:24-CR-00401-MRS |
| | ) |
| RICHARD ZELLNER, | ) |
| | ) |
|     Defendant. | ) |

**MOTION FOR LEAVE TO FILE DOCUMENT OUT OF TIME**

COMES NOW Defendant, by and through counsel, requests leave to file his Sentencing Memorandum out of time. Counsel failed to complete the memorandum last Friday before the Pacer system went down for maintenance over the weekend.

Respectfully submitted,

ROSENBLUM, SCHWARTZ, FRY & JOHNSON PC


By:       /s/ *Marc Johnson*  
           MARC JOHNSON, 58065MO
           Attorney for Defendant
           120 S. Central Avenue, Suite 130
           Clayton, Missouri 63105
           (314) 862-4332/Facsimile (314)862-8050

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2024, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system.