The Honorable Matthew T. Schelp

United States District Court

111 South 10th Street

St. Louis, Missouri. 63102


Re:

United States of America Vs. Richard Zellner

Case No.: 4:24 CR 401 MTS


Your Honor,


I am writing this letter on behalf of Richard Zellner.  'Rick' is my husband and has changed my life for the better in so many ways. In fact, I can actually say that he saved my life.


I had a wonderful childhood with amazing parents and I never take for granted how blessed I was for that.  However, when I met my first husband, I didn't know he would turn out to be jealous and abusive until I was pregnant without first son. Myself and our four amazing children endured 15 years with him.  We were in church with our family regularly and no one knew this secret I was keeping of being an abused wife.  It was physical, mental and emotional.  When the physical abuse started on our oldest son, I HAD to get out.   He had never "allowed" me to go back to school or get a job because he was so jealous. Because of this, I was very afraid to leave, but I did and I didn't look back.  I found a job in St. Louis (we lived in Sullivan, MO, during our marriage).  My ex-husband, left me with a messy problem with the IRS.  Through family, I found Rick Zellner and he agreed to help me with the tax issues.  He walked me through the steps I needed to take to safeguard myself and my children.  He was such a kind man and while we started to get to know each other.   Through time, we fell in love and he didn't bat an eye at the fact that I had four children.  In fact, he also fell in love with my children and they with him.  He showed them how a 'Dad' is supposed to treat his children.  He has shown them love, patience, kindness, discipline in the correct way and so many more things.


Fast forward 20 years……. My four children are grown and Rick and I have been married for 18 years; we all love him with everything in us.  Rick showed my children that a man can be a father figure without being abusive and demeaning.  All of my children are now adults and have thrived from the positive influence Rick has had on their lives.  Each of them would tell you he was more of a DAD to

them than their BIOLOGICAL father ever was. He showed up to every game, every concert, each of their marriages and every birth of their children so far. He showed them how to be a MAN and a true DAD. I love him for so many things, but especially how he showed and is still showing my children how to navigate through adulthood. We all went to church together, coached basketball together, lived and loved together as a real family. Those were such amazing times. He is an amazing Pop Pop to our grandchildren. My oldest son, Jonathan, was 14 when I left his biological father and he suffered the most damage from him. Jonathan's oldest (our grandson), Cooper, doesn't have a mom in the picture and Jonathan has been a single father for nine years. They currently live with us and I don't know what any of us would do without Rick. We would all be lost.

This past March, when I found out about the crime that was committed, I was in total shock. MY Rick, MY Rick.... This can't be! He helped me teach all of the kiddos about morals and being as honest as a person can be. He is the man who went inside to pay for the pack of soda left under the grocery cart, the man who never let anyone doubt themselves, the man who taught the kids that honesty is ALWAYS the best policy. I had many sleepless nights and spent a lot of time on my knees in prayer. Rick called a family meeting - which he always did when we needed to get things in life back on track - and he told them everything. He was so grateful that everyone listened and showed him love even after this. I wasn't surprised though because they were raised to love like that and pull together when someone needed extra help and love.

I know what Rick did was wrong and I know that there is nothing any of us can do to change it, but I know that Rick Zellner, is an amazing man who made terrible choices. I am still in shock to this day.... But I know his heart and I know he has so much to give this world. He cries often and has asked forgiveness from God and our family many times. Please consider letting us keep him around for our young adult children and our grandchildren who still look up to him and love him with all of their hearts. He is a good man who did a bad thing and I KNOW he would never ever do something like this again. I need him home, our kids need him home and our grands need him home. He is our world.

Thank you again for reading my words,

Sincerely,


Melinda K Zellner

October 18, 2024

Honorable Judge Schelp,

    My name is Cameron Balentine, I am 26 years old and Rick has been my step-father for the last 19 or so years. I still call him Rick, but I refer to him as my dad when speaking about him to others because he has stepped in as my dad and been the best one I could ever ask for.

    I had always heard that my mom met Rick because my biological father had not been filing tax returns because he was afraid he would owe money, so Rick helped my mom get her taxes back in order after she left my biological dad. This story inspired me at a young age to follow in Rick's footsteps and be an accountant so I would always understand taxes. Learning of my interest in accounting, Rick would always tell me that having strong ethics was the absolute most important thing as an accountant. He would tell me stories from past bosses who had asked him to commit illegal activities such as cooking the books or fraud against the federal government, but his strong ethics led to his refusal to do such things. I believe that is one of the biggest reasons that he felt so much shame and remorse when he sat me down and told me about the serious crime he had committed. He knew that I would remember everything he had taught me about having strong ethics and that I would understand he had seriously wavered from them by stealing.

    Admittedly, learning of Rick's acts did make me very upset with him not only because of all he had taught me, but because what he had done was just wrong. It has taken me a lot of time to process and a lot of prayer to forgive him.

    It is important that he is held accountable for what he did, but I know that his heart is good and, given the opportunity, he still has a lot of goodness to offer to the world. I think back to the years we spent coaching youth basketball at our church where we, obviously, taught the kids about basketball, but more importantly taught the kids each week about being Christlike. I also think back to all of my sporting events, whether football, baseball, soccer, or even my college roller hockey games; Rick was at every game to support not only me, but everyone on the team. He would often wake up early before games to cut up orange slices for every player on the whole team. That was something that my teammates remembered for years after – as they would occasionally bring it up to me how nice that was of him. I hope that he can continue to make those kinds of memories for his grandchildren, as their Pop Pop.

Sincerely,

Cameron Balentine

**The Honorable Matthew T. Schelp**
**United States District Court**
**111 South 10th Street**
**St. Louis, Missouri 63102**

Re:   <u>United States of America v. Richard Zellner</u>
      Cause No.: 4:24 CR 401 MTS

Your Honor,

    My name is Matthew and I am a 26-year-old aspiring musician. In the meantime, I am a Business Administration Manager for a bath remodeling business. More importantly, I am Richard Zellner's youngest son. Actually, I am his youngest stepson, but even I forget that most of the time because he has always treated me like his own flesh and blood.

    I was 7 years old when I met Rick. He had just evacuated the New Orleans area in the wake of Hurricane Katrina's path to Louisiana. He and my mother were each recently divorced and had sparked a relationship together. Naturally, my mother had offered Rick to stay with us when it became apparent that the hurricane was on a clear path toward his home. He packed up all that could fit in his mid-90s Toyota Camry and drove from Slidell, LA all the way to Sullivan, MO. Almost twenty years later, that memory of his arrival is as clear as day in my mind because it was the first bonding experience I had with the man that would become my dad.

    The day he arrived, Rick immediately welcomed my three siblings and I into his life. He brought each of us a trinket from New Orleans and greeted us with open arms. He was so hospitable; it was almost like he was welcoming us into *his* home. He spent a great chunk of that first day teaching my siblings and I how to make banana pudding. He was patient, caring, and allowed us to take the driver's seat while he provided guidance. These qualities of his have been unwavering ever since, and that has made all the difference in all of his children's (and stepchildren's) lives. These are the qualities of a true father; something I had never experienced prior to having Rick in my life.

    My biological father was abusive; not only to my mother, but to myself and my siblings as well. He was emotionally unavailable and put up a macho front to protect his ego. Richard Zellner was and is everything that my father was not.

    He moved our family from Sullivan to St. Louis to keep my mother from having a two-hour round trip commute six days a week. He enrolled my twin brother and I to play nearly any sport or enrichment activity that we wanted, so long as it was good for us. He has always been there for us and not afraid to express his emotions. He has never laid a finger on any of us, except for hugs and pats on the back.

    When Rick first informed me of the charges to which he pleaded guilty, for a second I thought it was some sort of tasteless joke. It seemed unbelievable. The sadness and fear in his eyes, however, let me know that this is indeed a very serious situation.

    He explained his misconduct, then allowed me to ask him any questions I had. With tears streaming down his face and a cracking voice, he apologized profusely for allowing his actions to affect our family with such magnitude. I was taken aback. I hugged him and told him

it's okay, but he kept saying it is not okay. I tried to rationalize his acts and make excuses for him. However, he would not allow me to do so. He reiterated the seriousness of his offense and fully accepted responsibility in his wrongdoing. He also expressed his anxiety and fear of the possible outcome(s). I respect his guilty plea, as well as the court's decision to convict.

Rick has always been the glue, or rather the cement, that holds our family together. He is the most level-headed, intelligent, emotionally intelligent, and dependable person in our entire family. He has always been a provider and a believer for the people that he cares about. We would all be truly lost without his guidance in our daily lives.

Most importantly, Rick is one of the only positive role models in my 9-year-old nephew's (his step-grandson) life. My nephew and his father (my older brother) live with Rick and my mother, and pretty much always have due to my brother's financial constraints. His mother is not around. My brother, God bless him, unfortunately retains much of the emotional unavailability like that of our biological father. I thank the Lord that his son has Rick as a positive male role model and father figure. He needs that constant support, especially as he enters his formative years.

Before she met Rick, my mother was a single mom raising four children alone. As previously stated, she commuted two hours roundtrip six days a week just to support us. When Rick moved us all to St. Louis, they both worked for a long time. Eventually, Rick reached a point in his career in which my mother was able to stop working and focus on being a mother full time. This has continued into the lives of their grandchildren and is very beneficial to their growth. My mother has been so grateful to have this capability, as well as having a husband that loves and supports her.

I have truly never met another man that is willing to do all that Rick does for my mom. If I could even be half the husband that Rick is, I would be impressed with myself. When I have children, If I could even be a fraction of the father Rick is, I would be over the moon. He has always been my biggest role model.

Richard Zellner came into my family's life in a time of hardship and turmoil. Instead of deciding not to deal with our problems and just leave, he dived in headfirst and spent the past nineteen years giving us the best lives he possibly could. He raised myself and my siblings like his own children from the very beginning and, in a way, is still raising me. To this day, he continues to improve our lives in more ways than any of us could have ever imagined. I truly do not know where our lives would be without his presence, but we certainly would be detrimentally impacted. I am so fortunate to have Rick as my dad and I cannot imagine life without him.

Thank you for taking the time to read these words about my dad. I know that you will take this all into consideration regarding his sentencing. I am requesting leniency as you see fit.

Sincerely,

*[signature]*

Matthew Balentine

September 18, 2024

The Honorable Matthew T. Schelp
United States District Court
111 South 10th St.
St. Louis, Missouri 63102

Re:     United States of America v. Richard Zellner
        Cause No.: 4:24 CR 401 MTS

Your Honor:

My name is Cayse Thomas, and I am writing in reference to Richard ("Rick") Zellner, who is appearing before your court for the crime of wire fraud, as well as other charges that were dropped as part of his plea deal.

I am a business owner who, in partnership with my stepbrother, owns seven different operating companies. Rick is employed at one of our companies where he currently serves as the controller, managing all financial aspects of the company. I first met Rick on December 20th, 2023, via a Zoom interview, so I have known him for approximately nine months.

In the relatively short time that I've known Rick, he has impressed me in numerous ways and has displayed many of the good qualities that you hope are possessed by your employees – reliable, positive attitude, honest, team-oriented, strong communicator, and leader. Rick has proven himself to be an incredibly dedicated individual.

When Rick joined the company, the financial reporting was months behind schedule and lacked the level of detail we are used to at our companies. I told Rick his number one priority was to get our financial reporting current, as soon as possible. Rick not only completed this objective earlier than planned, but also found that our company was owed $151,400.55 from a supplier due to being incorrectly charged for sales tax. When Rick reached out to the supplier to collect the funds, the supplier spent weeks trying to find ways to avoid directly sending us the funds owed. They made numerous proposals, ranging from assigning our company legal right to a tax refund from the state, to offering us a credit to be applied towards future purchases of their products. Unwilling to accept anything other than our company receiving the funds owed, Rick's dedication to holding our supplier accountable led to them finally sending us the funds owed. Most people would've accepted one of the inferior alternatives offered by our supplier, but not Rick. This is one small example among of host of others where Rick went above and beyond for our team.

When Rick told us about the indictment against him for wire fraud, his plea, and the sentence he is facing, we were floored. The illegal acts taken by Rick and the crime he committed are serious, and we don't take them lightly. We know that Rick does not take them lightly either, as he has accepted responsibility for his actions, is prepared to accept his punishment, and is devoted to righting his wrong.

To that end, we are committed to helping Rick. It is our intention to continue to employ Rick, should he avoid jail time, so that he can work towards fulfilling his restitution obligations. We have no doubt that Rick will show the same level of dedication to making things right as he has shown to us.

I thank you in advance for your consideration of this character reference letter in making your decision.

Sincerely,

Cayse Thomas

Your Honor,

My name is Ryan Zellner, and I am the eldest son of Richard Zellner. I am writing this letter to offer insight into my dad's character, a man who has always been an essential part of my life and the foundation of our family's stability.

I fully acknowledge my dad's actions and the seriousness of the situation before him. In discussing everything with us, he has not shied away from taking responsibility and has expressed deep remorse for his misconduct. He has reflected on the harm caused, and I truly believe he is committed to making amends and moving forward with accountability.

Throughout my life, my dad has exemplified qualities that make him my greatest role model. Above all, he has always put his family first, regardless of the circumstances. His unwavering sense of responsibility and dedication to us has been one of his greatest strengths. I've always turned to him for guidance—his advice has shaped my decisions and helped me become the man I am today. Whether navigating personal challenges or simply offering his support, my dad has always been there, instilling in me strong values and providing a solid foundation.

At this time, my family needs him more than ever. My wife and I are expecting our third child, and it is incredibly important to me that my children have a meaningful relationship with their Pop-Pop. With my mom currently in a nursing home due to Alzheimer's Disease, my dad and stepmom are the only immediate family members from my side that my children will have the chance to know and connect with. Given his age, missing out on time with him now would create a void that would be deeply felt by all of us, especially by my children. His presence is vital in allowing them to form a bond with their grandfather while they still can.

In closing, I respectfully ask the court to consider the significant role my father plays in our family and his genuine remorse for his actions. He has been a guiding light in my life, shaping the person I've become, and his presence is irreplaceable. While his conduct was wrong, I believe that his dedication to our family, his willingness to learn from his actions, and his positive influence on those around him demonstrate that he is more than what this crime has made him out to be. My family and I depend on him, not just as a father and grandfather, but as a source of strength and support. His absence would be profoundly felt by all of us, and I am confident that, with the opportunity, he will continue to be the man we rely on and love. I sincerely hope you will take these factors into consideration in your decision.


Regards,

*[signature]*

Ryan Zellner

The Honorable Matthew T. Schelp

United States District Court

111 South 10th Street

St. Louis, Missouri 63102

Re:

United States of America v. Richard Zellner

Cause No.: 4:24 CR 401 MTS

Your Honor:

I'm writing this letter on behalf of my stepfather, Richard Zellner, whom I have known, respected, and loved for many years. My name is Haleigh Fitz; I am a qualified bank clerk and have been working in retail banking as an advisor to private and business customers since 2017.

Richard Zellner, whom I will henceforth refer to as Rick, came into my life in 2004. He immediately accepted my brothers and myself as his own and provided an emotional stability for my mother and our family that we hadn't previously known. It didn't take long for me to consider him my dad instead of "just" my stepfather. He has been an integral part of my life and the lives of my siblings, playing a vital role in shaping us into who we are today. I would like to offer my perspective on his character, based on my personal experiences and observations over the years.

First and foremost, I have always observed Rick as a mild-tempered, generous, and loving man. Growing up, he was not just a stepfather, but a true father figure. He was deeply involved in my upbringing and that of my brothers. Despite being geographically separated from my stepbrothers, he has always made it a priority to keep us together emotionally as a family. Rick has provided us with emotional support, especially during difficult times; whether it was navigating school challenges, personal struggles, or the complexities of adulthood, he was there for us every step of the way. Even now, I continue to lean on him for advice, guidance, and encouragement. Since becoming a parent myself, I respect and value Rick's influence in my own upbringing even more. His patience and kindness make him a great role model for any parent.

One moment that stands out to me is when I was ten years old. I was starting a new school and feeling incredibly anxious. I was so worried about fitting in and finding my way that I was having trouble sleeping. Even though he hadn't known me very long,

instead of shrugging off my worries, Rick listened to me and took my concerns seriously. Without hesitation, he took a day off from work to organize a small tour of the school and my new class, just so I wouldn't feel alone. He walked me in and introduced me to the principal and my new teacher. He reassured me and encouraged me to go into the classroom and greet my new classmates. That small act meant the world to me at the time and still does today. It wasn't just the time off work that mattered—it was the way he constantly made sure we felt loved, safe, and supported.

In addition to being loving and supportive, Rick is also one of the hardest-working people I know. He has always been committed to providing and maintaining a stable life for our family. On top of being employed full-time, he made sure to be a good example at home by taking on a lot of the cooking and taking the time to help each of us with our homework. No matter how much he had to do at work or how long it took for us to understand some high school math problems, I never once heard him complain about the workload. Rick was always a strong example in our church community as well, as he additionally took on the responsibility of coaching Upward Basketball and teaching an AWANA class for many years. He always expressed to us the importance of a routine and self-discipline and led by example. His work ethic is something I admire, and it has made him a great role model for me and my siblings. He taught us the value of hard work, structure, and doing your best to care for the people you love.

His influence extends beyond just emotional support and work ethic; Rick has always been a source of moral grounding in our lives. When we faced challenges or made mistakes, he would offer us patience and wisdom, never judgment. He consistently encouraged us to learn and grow from our experiences, and to treat others with kindness and respect.

This is why I was deeply impacted when Rick came to us and confessed his crime. He was open and honest with us, expressing genuine remorse for his actions. He hasn't sought pity for his situation or affirmation for what he did at any point. Instead of minimizing what he did, he has taken full responsibility and sought our forgiveness, which speaks volumes about his character. It is never easy to admit wrongdoing, especially to those you love, but his sincerity in doing so has proved to me even further his integrity and deep sense of accountability. Rick is aware of the influence he has in our family and hasn't taken it lightly that his misconduct has had an impact on others.

Even during these uncertain and difficult times, despite the shame he feels for the crime he committed, Rick remains dedicated to supporting us as his family. He has not distanced himself or withdrawn, as one might expect in this situation. Instead, he continues to be there for my mom, my siblings, his grandchildren, and me, offering emotional support and doing everything in his power to ensure that our family remains strong and intact. He has been open in receiving our emotional support as well as continuing to provide help and support to all of us. His dedication to us, despite the personal struggles he is facing, is a testament to his deep love and sense of

responsibility to our family. He continues to place our well-being at the forefront, showing the strength of his character even during hard times.

Despite the gravity of the situation, I believe his actions do not erase the good he has done or the positive influence he has had on our family. He has been a devoted husband to my mother and a steadfast father to me and my siblings. I firmly believe that this incident does not define him, and that he is committed to making amends and becoming an even better person moving forward.

I know that no one is perfect, but in all the years I have known Rick, he has shown me what it means to be a kind, caring, and responsible human being. I hope that this letter provides some insight into the man he truly is – a loving father and a supportive, thoughtful individual who has had a profoundly positive impact on our lives.

Thank you for taking the time to read my letter and for considering my perspective.


Sincerely,


Haleigh Fitz